UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS HEALTH SOLUTIONS LLC, a Delaware limited liability company; GARFIELD BEACH CVS, L.L.C., a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 21-2484-DMG (KSx)<br><br>**JUDGMENT [88]** |

     Plaintiff Anthony Davis ("Plaintiff") having timely accepted the Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, served by Defendants CVS Pharmacy, Inc., CVS Health Solutions LLC, and Garfield Beach CVS, L.L.C. (collectively, "Defendants"), JUDGMENT IS HEREBY ENTERED in favor of Plaintiff and against Defendants in the amount of One Hundred Twenty-Six Thousand One Dollars and Zero Cents ($126,001.00), plus reasonable attorney's fees and costs to be determined by the Court.

     The Court shall retain ancillary jurisdiction to determine the amount of reasonable attorney's fees and costs Defendants shall pay Plaintiff's attorneys.

     IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED:  March 24, 2023

                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE